UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MELINDA L. LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-2369 CAS |
| ) | |
| ST. LOUIS BOARD OF ELECTION ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order filed on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice in its entirety.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 5th day of October, 2006.